

June 18, 2020

*Via ECF*

The Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

The parties must submit their joint materials by June 22, 2020 at 12:00 p.m.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

June 20, 2020

**Re:** *Locus Technologies v. Honeywell International Inc.*, No. 1:19-cv-11532-PGG
**Joint Request for Extension to Submit Joint Letter**

Dear Judge Gardephe:

The parties jointly and respectfully request a brief extension of time to submit the Joint Letter and proposed scheduling order in advance of the scheduling conference set in this matter for June 25, 2020 at 10:45 a.m. Counsel have been working cooperatively together on finalizing the joint materials, however, they need additional time to consult with their clients and finalize the documents. As a result, the Parties would request a brief extension to submit the joint materials until June 22, 2020.

Very truly yours,

| | |
|---|---|
| **THOMPSON HINE LLP** | **MICHELMAN & ROBINSON, LLP** |
| /s/ Christine M. Haaker | /s/ Alex Barnett-Howell |
| *Attorneys for Defendant Honeywell International Inc.* | *Attorneys for Plaintiff Locus Technologies* |

Christine.Haaker@ThompsonHine.com   Fax: 937.443.6635   Phone: 937.443.6822

THOMPSON HINE LLP
ATTORNEYS AT LAW
335 Madison Avenue
12th Floor
New York, New York 10017-4611
www.ThompsonHine.com
Phone: 212.344.5680
Fax: 212.344.6101