

September 21, 2020

> **The telephonic Initial Case Management Conference scheduled for Thursday, October 1, 2020 at 2:00 p.m. is hereby rescheduled to <u>Tuesday, January 12, 2021 at 10:45 a.m.</u>  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  <u>Please dial (866) 434-5269, Access code: 4858267.</u>**
>
> SO ORDERED:
>
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 09/22/2020

Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:   *Locus Technologies v. Honeywell International Inc.* ("Lawsuit")
       Case No. 1:19-cv-11532-PGG

Dear Magistrate Parker:

On August 19, 2020, Judge Paul G. Gardephe issued an Order ("Order") in the Lawsuit setting a briefing schedule on Defendant Honeywell International Inc.'s ("Honeywell") Motion to Dismiss the Complaint ("Motion"). Doc. 29. Judge Gardephe further ordered that all discovery is stayed pending resolution of the Motion. *Id*. On the same day, Judge Gardephe issued an Order referring the Lawsuit to your honor for all general pretrial purposes. Doc. 30. Your honor then issued an Initial Case Management Telephone Conference Order, scheduling a case management telephone conference for Thursday, October 1, 2020, at 2:00 p.m., and setting out additional pretrial deadlines.

Given that the Order stays discovery until a decision on the Motion is issued, the undersigned counsel for Defendant Honeywell and Plaintiff Locus Technologies ("Locus") respectfully request that the October 1, 2020, case management conference be canceled and rescheduled if needed after the Court's ruling on the Motion.

Respectfully submitted,

/s/ *Sean P. McCormick*                         /s/ *Alex Barnett-Howell per email approval*

Sean P. McCormick                              Alex Barnett-Howell
Counsel for Defendant Honeywell International Inc.   Counsel for Plaintiff Locus Technologies

---

Sean.McCormick@ThompsonHine.com   Fax: 937.443.6635   Phone: 937.443.6824

THOMPSON HINE LLP        Austin Landing I              www.ThompsonHine.com
ATTORNEYS AT LAW         10050 Innovation Drive        Phone: 937.443.6600
                         Suite 400                     Fax: 937.443.6635
                         Dayton, Ohio  45342-4934