

```
                                                            USDC SDNY
                                                            DOCUMENT
                                                            ELECTRONICALLY FILED
                                                            DOC #:_____
                                                            DATE FILED: 9/8/2021
```

**JOHN GIARDINO**

jgiardino@mrllp.com

New York Office

800 Third Avenue, 24th Floor

New York, NY 10022

**P** 212.730.7700 **F** 212.730.7725 www.mrllp.com

September 8, 2021

<u>Via CM/ECF</u>

The Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> The status conference scheduled for September 9, 2021 will be rescheduled to an <u>in person</u> conference on October 19, 2021 at 12:00 p.m. in Courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.

*Katharine H Parker*
9/8/2021

    **Re:**   *Locus Technologies v. Honeywell International Inc.*
           No. 1:19-cv-11532-PGG-KHP
           <u>Letter Motion for Continuance of September 9, 2021 Conference</u>

Dear Judge Parker:

        Plaintiff Locus Technologies ("Locus") respectfully requests that the case management conference, originally scheduled for 3:00 PM on September 9, 2021 [Dkt. No. 66], be continued to September 16, 2021, or to a date of the Court's choosing.

        Counsel for Locus have been unexpectedly required to attend a hearing in a separate matter and will be unable to participate. This is the first request for a continuance.

        Counsel for Defendant Honeywell International Inc. ("Honeywell") consent to this request.

        Furthermore, while counsel for Locus and Honeywell are able to attend in-person, counsel respectfully request that the case management conference be conducted via teleconference.

                                                  Sincerely,

| **MICHELMAN & ROBINSON, LLP** | **THOMPSON HINE LLP** |
|---|---|
| <u>/s/ John Giardino</u> | <u>/s/ Christine M. Haaker</u> |
| *Attorneys for Plaintiff Locus Technologies* | *Attorneys for Defendant Honeywell International Inc.* |