```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LOCUS TECHNOLOGIES,

                      Plaintiff,                      19-CV-11532 (PGG) (KHP)

      -against-                                      **ORDER**

HONEYWELL INTERNATIONAL, INC.,

                      Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

Pursuant to the case management conference held on October 19, 2021, the Court has adopted the parties proposed deadlines:

(1) Substantial completion of document production by January 31, 2022;

(2) Plaintiff will designate and provide primary expert reports by January 31, 2022, and Defendant will designate and provide primary expert reports by March 14, 2022;

    a. Rebuttal expert reports (if necessary) due by April 5, 2022;

    b. Sur-rebuttal expert reports (if necessary) due by April 26, 2022;

(3) All Fact Discovery will be completed by May 26, 2022.

Additionally, the parties are required to provide the Court with a status report regarding ongoing discovery by November 19, 2021.

Lastly, the Court is scheduling an in-person case management conference for January 20, 2022 at 10:00 a.m. in Courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information

**SO ORDERED.**

DATED:   New York, New York
         October 19, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge