USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOCUS TECHNOLOGIES,

                              Plaintiff,

              -against-

HONEYWELL INTERNATIONAL, INC.,

                            Defendant.
-----------------------------------------------------------------X

**19-CV-11532 (PGG) (KHP)**

**ORDER CONVERTING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference in this matter scheduled for **Thursday, January 20, 2022, at 10:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

SO ORDERED.

DATED:    New York, New York
               January 6, 2022

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge