```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LOCUS TECHNOLOGIES,

               Plaintiff,

     -against-

HONEYWELL INTERNATIONAL, INC.,

               Defendant.
------------------------------------------------------------X

**19-CV-11532 (PGG) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Pursuant to a case management conference held on January 20, 2022, the parties are ordered to submit a joint status report by February 28, 2022 providing the Court with an update that the parties completed production of documents and the parties have exchanged dates for anticipated depositions.

**SO ORDERED.**

DATED:    New York, New York
            January 20, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge