```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LOCUS TECHNOLOGIES,

                         Plaintiff,

                -against-                                19-CV-11532 (PGG) (KHP)

HONEYWELL INTERNATIONAL, INC.,                      <u>ORDER</u>

                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The parties shall file a joint status letter with the Court by **Friday, September 16, 2022** updating the Court on the status of discovery.

       A telephonic case management conference is scheduled on **Thursday, November 3, 2022 at 3:00 p.m.** Please dial (866) 434-5269; access code: 4858267, at the scheduled time.

**SO ORDERED.**

DATED:    New York, New York
               August 18, 2022

                                                        _____
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge