UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCUS TECHNOLOGIES,

                Plaintiff,

- against -

HONEYWELL INTERNATIONAL, INC.,

                Defendant.

**ORDER**

19 Civ. 11532 (PGG) (KHP)

PAUL G. GARDEPHE, U.S.D.J.:

        The parties are directed to file a joint letter by **November 28, 2022**, stating whether they are willing to take the necessary discovery, and have the necessary conversations, to make the settlement conference scheduled for January 31, 2023 before Judge Parker productive. Conversely, if both sides do not have an interest in resolving the case at the scheduled January 31, 2023 conference, they will report that fact to the Court.

Dated:  New York, New York
          November 10, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge