```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LOCUS TECHNOLOGIES,

                              Plaintiff,

                -against-

HONEYWELL INTERNATIONAL, INC.,

                              Defendant.
-----------------------------------------------------------------X

**19-CV-11532 (PGG) (KHP)**

**ORDER RESCHEDULING**
**SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The settlement conference in this matter scheduled for Tuesday, January 31, 2023 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is rescheduled to **Monday, March 6, 2023 at 10:00 a.m.**  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **February 27, 2023 by 5:00 p.m.**

       Additionally, all discovery deadlines are extended by thirty days.  Defendant's expert reports are due **Monday, April 17, 2023**; the close of fact discovery is **Tuesday, May 30, 2023** and the close of expert discovery is **Monday, June 26, 2023**.  As discussed at the January 5, 2023 Case Management Conference, the parties shall file a joint status letter updating the Court on the status of discovery on **Monday, February 6, 2023**.

       Finally, the Case Management Conference scheduled on Thursday, March 2, 2023 is adjourned sine die.

**SO ORDERED.**

DATED: New York, New York
January 6, 2023

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge

2