USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/06/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LOCUS TECHNOLOGIES,

                         Plaintiff,

       -against-

HONEYWELL INTERNATIONAL, INC.,

                         Defendant.
-----------------------------------------------------------------X

**19-CV-11532 (PGG) (KHP)**

**ORDER SCHEDULING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A Case Management conference in this matter is hereby scheduled for **Monday, April 24, 2023 at 11:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

       **SO ORDERED.**

DATED:     New York, New York
               March 6, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge