USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOCUS TECHNOLOGIES,

                              Plaintiff,                                19-CV-11532 (PGG) (KHP)

           -against-                                      **ORDER**

HONEYWELL INTERNATIONAL, INC.,

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       As discussed at the April 24, 2023 Case Management Conference, the parties are directed to file a joint status letter on **May 24, 2023** updating the Court on the status of discovery. The Court refers the parties to the record for the Court's ruling regarding Honeywell's Document Request 31.

       **SO ORDERED.**

DATED:    New York, New York
               April 25, 2023

                                                            *Katharine H. Parker*
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge