USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOCUS TECHNOLOGIES,

                              Plaintiff,

         -against-

HONEYWELL INTERNATIONAL, INC.,

                             Defendant.
-----------------------------------------------------------------X

19-CV-11532 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the August 22, 2023 Case Management Conference:

The deadline to complete fact depositions is extended to **Wednesday, October 11, 2023**. The deposition of Locus Technologies CEO, Mr. Duplan, should occur remotely provided that Plaintiff can arrange for the appropriate oath administration and the parties stipulate to the admissibility of the deposition testimony.

The parties shall file a joint status letter on **Monday, October 16, 2023** advising the Court whether they would like to schedule a settlement conference before the Undersigned and/or proposing a schedule for dispositive motion practice. To the extent the parties anticipate cross-moving for summary judgment, the proposed schedule should contemplate condensing the briefing in order to maximize efficiency.

The parties are reminded that they have the option to consent to my jurisdiction for the purpose of a specific dispositive motion or for all proceedings, pursuant to 28 U.S.C. § 636(c). If the parties jointly consent to proceed before the Undersigned for the limited purpose of resolving the motions for summary judgment, they shall complete the "Consent to Proceed Before US Magistrate Judge On a Specific Motion" form available on the Court's website at

https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge-specific-motion and return the form to the Clerk of the Court. If the parties jointly consent to conduct *all* proceedings before the Undersigned, including dispositive motions and any jury trial, they should complete the "Consent to Proceed Before a US Magistrate Judge" form available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

    This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

    **SO ORDERED.**

DATED:    New York, New York  
            August 23, 2023

                                          KATHARINE H. PARKER  
                                          United States Magistrate Judge