

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2024
```

Direct Tel: 212-326-0829
Direct Fax: 212-326-0806
jgiardino@pryorcashman.com

January 10, 2024

> The conference previously scheduled at 2:30 p.m. today is **adjourned** and a separate Order will be filed rescheduling the conference. In the future, counsel for Locus should follow my Individual Rules regarding requesting adjournments of conferences. The Court already converted this conference to telephonic in order to accommodate Locus's counsel's exposure to COVID-19, and is concerned by the separate request to accommodate counsel's flight. Future conferences will be held in person and any late-filed requests for adjournment will not likely be granted.
>
> SO ORDERED:
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE   1/10/2024

**VIA CM/ECF**

The Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:   *Locus Technologies v. Honeywell International Inc.* Case No. 1:19-cv-11532-PGG-KHP

Dear Judge Parker:

We represent plaintiff, Locus Technologies ("Locus") in the above-referenced matter. Pursuant to Your Honor's order dated January 8, 2024 [D.E. 147], we are scheduled to appear for a telephonic case management conference at 2:30 p.m. today. Unfortunately, my associate is currently too ill to cover the conference and my flight has been delayed. I will not be landing before 2:30 p.m. as previously scheduled.

For the foregoing reasons, Locus respectfully requests that the conference be rescheduled for 3:30 p.m. today, if Your honor's schedule allows. Counsel for Defendant has informed me that he is available at 3:30 p.m. if this is acceptable to the Court.

We apologize for the urgent request and inconvenience. We thank Your Honor for your time and attention.

Respectfully submitted,

PRYOR CASHMAN LLP

By: */s/ John Giardino*
John Giardino