```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOCUS TECHNOLOGIES,

                              Plaintiff,

                 -against-

HONEYWELL INTERNATIONAL, INC.,

                              Defendant.
-----------------------------------------------------------------X

**19-CV-11532 (PGG) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 23, 2024, the Court received an email correspondence from Mr. Neno Duplan, CEO of Locus Technologies, on behalf of Locus Technologies, which is the Plaintiff in this case. Counsel for Locus Technologies is directed to advise its clients that parties are not permitted to email the Court. The Court will disregard the email correspondence from Mr. Duplan.

Additionally, the Court is attempting to find an amenable date for a settlement conference in this matter. The Court's Deputy is awaiting a response from counsel for Locus Technologies as to its availability for the conference. Counsel for Locus Technologies is directed to provide its availability to the Court's Deputy as soon as possible, because the Court has limited availability and cannot hold dates for an extended period. Should Locus Technologies wish to oppose Honeywell's motion to reschedule the conference, it must file a letter on the docket no later than **February 27, 2024** stating this position.

      **SO ORDERED.**

DATED: New York, New York
           February 23, 2024

                                                                         _____
                                                                        KATHARINE H. PARKER
                                                                        United States Magistrate Judge