

February 14, 2024

<u>VIA ECF</u>

The Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/28/2024
```

**MEMO ENDORSED**

Re:   *Locus Technologies v. Honeywell International Inc.* ("Lawsuit")
        Case No. 1:19-cv-11532-PGG

Dear Judge Parker:

Pursuant to Rule I.c. of the Court's Individual Rules of Practice, Defendant Honeywell International Inc. ("Honeywell") respectfully requests a brief adjournment of the settlement conference, currently scheduled for March 11, 2024, at 10:00 a.m., until the week of March 18, 2024 (excluding March 20, 2024), with the additional request that March 18, 2024, and March 19, 2024, be given preference depending on the Court's availability. The settlement conference has been adjourned once before due to Honeywell's counsel being involved in a federal court trial in Dayton, Ohio, and this second brief adjournment is requested due to the availability of Honeywell's counsel as well as the availability of Honeywell's client representative.

Opposing counsel has been contacted regarding this adjournment, does not oppose Honeywell's request, and has confirmed their availability for the dates provided.

Honeywell respectfully requests that the Court grant the adjournment of the settlement conference until the week of March 18, 2024 (excluding March 20, 2024), with the additional request that March 18, 2024, and March 19, 2024, be given preference depending on the Court's availability.

Respectfully submitted,

/s/ *Sean P. McCormick*

Sean P. McCormick
Counsel for Defendant
Honeywell International Inc.

Sean.McCormick@ThompsonHine.com   Fax: 937.443.6635   Phone: 937.443.6824

THOMPSON HINE LLP
ATTORNEYS AT LAW

Austin Landing I
10050 Innovation Drive
Suite 400
Dayton, Ohio 45342-4934

www.ThompsonHine.com
Phone: 937.443.6600
Fax: 937.443.6635

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Monday, March 11, 2024 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Thursday, June 20, 2024 at 10:00 a.m. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than June 13, 2024 by 5:00 p.m.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

02/28/2024