UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCUS TECHNOLOGIES,

                Plaintiff,

- against -

HONEYWELL INTENRATIONAL, INC.,

                Defendant.

**ORDER**

19 Civ. 11532 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant seeks leave to move for summary judgment on each of Plaintiff's claims.  (Dkt. No. 159)  Briefing concerning that motion will proceed on the following schedule:

1. Defendant's motion is due on **July 10, 2024**;

2. Plaintiff's opposition is due on **August 7, 2024**; and

3. Defendant's reply, if any, is due on **August 21, 2024**.

Under Rule IV(C) of this Court's individual rules – the "bundling rule" – the parties may not file motions electronically on ECF until the motion is fully briefed.  The Clerk of Court is directed to terminate the pre-motion letters.  (Dkt. No. 159, 160)

Dated:  New York, New York
         June 12, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge