
ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
CHICAGO   CLEVELAND   DAYTON   WASHINGTON, D.C.

September 23, 2024

**MEMO ENDORSED**: The application is granted. The parties need not submit courtesy copies.

SO ORDERED.

*Paul G. Gardephe (signature)*

Paul G. Gardephe
United States District Judge

Date: October 24, 2023

<u>*VIA ECF*</u>

The Honorable Paul G. Gardephe
United States District Judge, United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re:   *Locus Technologies v. Honeywell International Inc.*
      Case No. 1:19-cv-11532-PGG-KHP

Dear Judge Gardephe:

Pursuant to Rule I.A. of the Court's Individual Rules of Practice, Defendant Honeywell International Inc. ("Honeywell") and Plaintiff Locus Technologies ("Locus" and together with Honeywell, the "Parties") write to respectfully request that the requirement set forth in Rule VI.A. of the Court's Individual Rules of Practice, that a courtesy copy of the Parties' briefing on Honeywell's Motion for Summary Judgment be provided to chambers, be waived due to the voluminous nature of the filings.

As set forth on the Court's Docket, the Parties have fully briefed Honeywell's Motion for Summary Judgment, including hundreds of attendant exhibits. *See* Docs. 168-182. Therefore, due to the size of the overall filings, the Parties respectfully request a waiver of the requirements of Rule VI.A. of the Court's Individual Rules of Practice. The Parties thank the Court for its attention to this matter. The parties will provide the Court with copies of native documents via USB drives.

Respectfully submitted,

/s/ Sean P. McCormick
Sean P. McCormick
Counsel for Defendant Honeywell
International Inc.

/s/ Lazar Sterling-Jackson per email approval
Lazar Sterling-Jackson
Counsel for Plaintiff Locus Technologies

Sean.McCormick@ThompsonHine.com   Fax: 937.443.6635   Phone: 937.443.6824

THOMPSON HINE LLP
ATTORNEYS AT LAW

Austin Landing I
10050 Innovation Drive
Suite 400
Dayton, Ohio 45342-4934

www.ThompsonHine.com
Phone: 937.443.6600
Fax: 937.443.6635